

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-14-00011-CV

---

LEE MILLER, Appellant

V.

F. SCOTT, ET AL., Appellees

---

On Appeal from the 102nd District Court
Bowie County, Texas
Trial Court No. 13C1850-102

---

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

Appellant, Lee Miller, filed a notice of appeal January 24, 2014, from the trial court's order signed December 30, 2013, denying "Plaintiff's Motion Requesting Court to Schedule a Pre-trial Date for 'Money Damages Settlement Negotiations Offers Hearing' or 'Written Out-of-Court Settlement Offers' in Nonreniggable Binding Contract Terms Format Within Forty-Five 45 Days of 'Court Order' Notice of this Motion to each Defendants."

The trial court's order is not a final, appealable judgment. Our jurisdiction is constitutional and statutory in nature. *See* TEX. CONST. art. V, § 6; TEX. GOV'T CODE ANN. § 22.220 (West Supp. 2013). We have jurisdiction to hear an appeal from a final judgment or from interlocutory orders as expressly authorized by statute. *See* TEX. CIV. PRAC. & REM. CODE ANN. §§ 51.012, 51.014 (West Supp. 2013). This order does not fit either criteria, and we thus have no authority to consider the appeal.

In accordance with Texas Rule of Appellate Procedure 42.3, we provided notice to Miller by letter dated January 30, 2014, requesting that he show this Court how we have jurisdiction over this appeal. TEX. R. APP. P. 42.3. We advised Miller that, if we did not receive an adequate response within fifteen days of January 30, 2014, then we would dismiss this appeal for want of jurisdiction. We have received no response.

We dismiss this appeal for want of jurisdiction.


                                        Jack Carter
                                        Justice


Date Submitted:     March 10, 2014
Date Decided:       March 11, 2014